■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MALDONADO, Appellant. [657 NYS2d 704] —Judgment, Supreme Court, New York County (Murray Mogel, J., at suppression hearing; Bonnie Wittner, J., at jury trial and sentence), rendered June 8, 1994, convicting defendant of criminal sale of a controlled substance in the third degree and

criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of $5^1/_2$ to 11 years, unanimously affirmed.

Defendant's suppression motion was properly denied. The police had probable cause to arrest defendant on the basis of several hand-to-hand exchanges of objects for money (*People v Schlaich*, 218 AD2d 398, *lv denied* 88 NY2d 994), which arrest was further supported by the officer's observation of defendant removing a bag of yellow-topped vials from a hidden "stash" (*People v Jones*, 219 AD2d 417). We decline to disturb the hearing court's credibility determinations (*see, People v Prochilo*, 41 NY2d 759, 761). Concur—Sullivan, J. P., Ellerin, Nardelli, Tom and Mazzarelli, JJ.